UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
May 29, 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −93)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,455 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 24, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of
the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court, Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION                          MDL No. 2804

## SCHEDULE CTO−93 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| ~~CAC~~ | ~~8~~ | ~~19−00545~~ | ~~United HealthCare Services Inc. v. Insys Therapeutics, Inc.~~  Opposed 5/23/19 |
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 19−00813 | County of Yolo, et al., v. Amerisourcebergen Drug Corporation et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 19−01083 | Sarasota County, Florida v. Purdue Pharma L.P. et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 19−61172 | Broward Behavioral Health Coalition v. Purdue Pharma L.P. et al |
| **MINNESOTA** | | | |
| MN | 0 | 19−01211 | Meeker County, Minnesota v. Purdue Pharma L.P. et al |
| MN | 0 | 19−01212 | Roseau County v. Purdue Pharma L.P. et al |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 3 | 19−00095 | Lafayette County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 19−01223 | Lowry v. Purdue Pharma, Inc. et al |
| **NEW MEXICO** | | | |
| NM | 2 | 19−00414 | Board of County Commissioners of the County of Curry, New Mexico v. AmerisourceBergen Drug Corporation et al |

## NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 5 | 19−00202 | Granville County v. AmerisourceBergen Drug Corporation et al |

## NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 19−00468 | GUILFORD COUNTY v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| NCM | 1 | 19−00491 | DURHAM COUNTY v. AMERISOURCEBERGEN DRUG CORPORATION et al |

## TENNESSEE MIDDLE

| | | | | |
|---|---|---|---|---|
| ~~TNM~~ | ~~2~~ | ~~19−00038~~ | ~~Dunaway et al v. Purdue Pharma L.P. et al~~ | Vacated 5/24/19 |
| TNM | 3 | 19−00370 | Patients' Choice Medical Center of Erin, Tennessee v. Purdue Pharma L.P. et al | |

## TEXAS SOUTHERN

| | | | | |
|---|---|---|---|---|
| ~~TXS~~ | ~~4~~ | ~~19−01637~~ | ~~Johnson County, Texas v. CVS Health Corporation et al~~ | Opposed 5/22/19 |